IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 25 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 15-97-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| RICHARD GILBERT, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release and for good cause appearing,

IT IS HEREBY ORDERED the Defendant's motion is GRANTED. Richard Gilbert's supervised release is terminated as of the date of this Order.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 25th day of June 2019.

SUSAN P. WATTERS
United States District Judge

1